# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:**   18-04808  
**Case Name:**   WEDGEWOOD PROPERTIES, LLC

**For Period Ending:**   01/30/2026

**Trustee Name:**   (420410) Jeffrey A. Moyer  
**Date Filed (f) or Converted (c):**   11/15/2018 (f)  
**§ 341(a) Meeting Date:**   12/18/2018  
**Claims Bar Date:**   10/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Advantage Checking/Bank of America | 2,121.48 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Chemical Bank, xxxxxx1992 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Brokerage Account at New York, NY 10038 platform | 4,988.46 | 0.00 | | 0.00 | FA |
| 5 | Brokerage Account at Charles Schwab 5136 Cascade | 79.91 | 0.00 | | 0.00 | FA |
| 6 | portions of 2017 and 2018 Individual Income Fede<br>Part of Asset #12 below. | Unknown | 0.00 | | 0.00 | FA |
| 7 | unauthorized a) sale of 76th St. property, b) Sh<br>Part of Asset #12 below. | Unknown | 475,000.00 | | 0.00 | FA |
| 8 | Recovery of creditor and insider preferences, po<br>Part of Asset #10 below. | Unknown | 98,163.15 | | 0.00 | FA |
| 9 | Fraudulent Conveyance (u)<br>See all Fraudulent Conveyances listed below | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Preference garnishment/Judgment Creditor (u)<br>Included in Advesrary Proceeding Asset #16 below. | 98,163.15 | 98,163.15 | | 0.00 | FA |
| 11 | Title Co. Escrow (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | F/C Settlement with Shelley Alman (u) | 400,000.00 | 400,000.00 | | 400,000.00 | FA |
| 13 | Overpayment of Pre-petition Legal Fees/ Foster S (u) | 704.46 | 704.49 | | 704.46 | FA |
| 14 | Preference/Capital One (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 15 | F/C Florence VanderPloeg (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 16 | F/C  Connie Rogers/Wm Stephens/Foster (u) | 658,163.15 | 658,163.15 | | 0.00 | 658,163.15 |
| 17 | F/C Mary Hamming (u)<br>Settlement Agreement filed with the Bankruptcy Court on 12/20/23. | 298,549.20 | 298,549.20 | | 50,000.00 | FA |
| 18 | F/C Marilyn Merbs (u)<br>Settlement Per Court Order dated 8/19/21, DN 97. | 77,750.68 | 77,750.68 | | 25,000.00 | FA |
| 19 | F/C Ronald Winger (u)<br>Settlement Per Court Order dated 4/6/22, DN 130. | 187,612.45 | 187,612.45 | | 50,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page:  2

**Case No.:**  18-04808

**Case Name:**   WEDGEWOOD PROPERTIES, LLC

**For Period Ending:**   01/30/2026

**Trustee Name:**   (420410) Jeffrey A. Moyer

**Date Filed (f) or Converted (c):**   11/15/2018 (f)

**§ 341(a) Meeting Date:**   12/18/2018

**Claims Bar Date:**   10/17/2019

| **1** Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | **2** Petition/ Unscheduled Values | **3** Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **4** Property Formally Abandoned OA=§554(a) abandon. | **5** Sale/Funds Received by the Estate | **6** Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 20 | F/C Sharon Abdullah (u) Order Granting Trustee's Motion to Approve Sale of Estate's Interest in Judgment Dated 12/12/23, DN 232. | 342,040.00 | 342,040.00 | | 0.00 | 342,040.00 |
| 21 | F/C Judith Wood (u) | 81,505.00 | 81,505.00 | | 40,000.00 | FA |
| 22 | F/C Jean Krol (u) Per Court Order dated 10/18/21, DN 112. | 102,658.14 | 102,658.14 | | 12,500.00 | FA |
| 23 | F/C Dorothy & Herman Mitchell (u) Per Court Order dated 8/19/21, DN 98. | 20,614.00 | 20,614.00 | | 2,000.00 | FA |
| 24 | F/C Timothy Waalkes (u) | 630,000.00 | 630,000.00 | | 77,717.29 | FA |
| 25 | F/T JPMorgan Chase (u) Default Judgment dated 3/5/21 DN 13 in Adv. Pro. No. 20-80145.  $32,361.49 plus $350 costs and .08% interest. | 32,361.49 | 32,361.49 | | 32,361.49 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$2,962,811.57** | **$3,526,784.90** | | **$712,783.24** | **$1,000,203.15** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  18-04808

**Case Name:**    WEDGEWOOD PROPERTIES, LLC

**For Period Ending:**    01/30/2026

**Trustee Name:**    (420410) Jeffrey A. Moyer

**Date Filed (f) or Converted (c):**    11/15/2018 (f)

**§ 341(a) Meeting Date:**    12/18/2018

**Claims Bar Date:**    10/17/2019

**Major Activities Affecting Case Closing:**

12/23/25 Fee app for T's appellate counsel approved, checks cut

12/10/25 Fee app for T's atty approved; checks cut

11/23/25 - 6 Months since oral argument at BAP; no decision yet

11/3/25 2X Fee apps file

10/1/25 - 10X Ords approving T's Objection to Claims

7/28/25 - Filed Objections to Claim Nos. 1, 2, 3, 6, 15, 21, 24, 27, 29 and 33.

6/12/25 Rcv & deposit chk for pyment on full from JP Morgan Chase Adv.

5/22/25 Appeal argued in CIncinnati before BAP.

5/20/25 Held moot Ct argument for 2 hrs. w/ outside counsel.

3/21/24 Review sttmnt agrmnt w/ JP Morgan Chase re default jdgmnt.

3/17/25 Forward W-9 to JP Morgan Chase re sttmnt pymnt.

3/5/25 Oral argument for appeal re-scheduled for 5/22 in Cincinnati.

2/14/25 Oral argument on appeal adjourned based on surgery request from Dfndnt's counsel.

2/3/25 Oral argument before BAP set for 3/6/25 in Cincinnati.

12/31/24 - All briefing complete awaiting for oral argument to be set

9/30/24 - Trustee's Appellate brief filed

6/10/24 Appellate counsel approved, Briefing schedule set, T's brief due 7/23.

5/3/24 - Application to Employ Warner Norcross & Judd as Special Appellate Counsel filed.

4/17/24 - Notice of Appeal filed in Moyer v. Rogers.

4/4/24 - Judgment and Opinion and Order entered in Moyer v. Rogers.

01/29/24  Rcv $50,000.00.

12/27/23  Receive Order to pay Trustee's Special Counsel Fees and Expenses.  Send checks.

12/21/23  Motion for Settlement of Adversary Proceeding 20-80139 filed.  Attend hearing on application for compensation.

12/20/23  Motion for Settlement of Adversary Proceeding 20-80140 filed.

12/19/23 - Supplemental Response to Application for Compensation.

12/14/23 - Served Order Granting Motion to Approve Sale of Estate's Interest in Judgment on int. parties; filed POS.

12/8/23 - Filed Affidavit of No Objection to Motion to Approve Sale of Estate's Interest in Judgment.

11/13/23 - Filed Motion to Approve Sale of Estate's Interest in Judgment on Notice and Opportunity to Object Basis, Notice to Creditors, proposed order and POS.

10/26/23 - Served Orders Approving Objections to Claims.

10/19/23  Attend hearing on Objection to Claim No. 35; objection approved.

10/18/23 - Filed Affidavits of No Objections to 3 Objections to Claims.

10/12/23  Motion in Limine Filed in Rogers Adv. Pro.

10/10/23  Attend Trial.

10/10/23 - Filed Withdrawal of Application to Employ Asset Recovery Specialists.

10/4/23 - Filed Application to Employ Asset Recovery Specialists to collect judgment in Moyer v. Sharon Suraya Abdullah.

9/12/23 - Mary Mudget/Lois Wolf filed Objection to Objection to Claim #35. Hearing set for 10/19 at 9:00 a.m.

9/11/23 - Filed Objections to Claim #s 9, 11, 16, 31, 17, 30, 32, 18, 22 and 26.

8/30/23 - Trial in Moyer v. Rogers held; settlement with estate of David Foster placed on record. Trial as to Defendants Rogers and Stephen continued to 10/10 at 11:00 a.m.

8/7/23 - Filed Objection to Claim #35 on Notice and Opportunity to Object Basis.

8/3/23 - Pre-Trial Conf. in Moyer v. Hamming held; Second Pre-Trial Conf. set for 4/18/24 at 1:00 p.m.

07/10/23  Rcv $12,500.00 from Wilma Krol.

7/6/23 - Hammings filed answer to complaint. Pre-Trial Conf. set for 8/3 at 1:00 p.m.

6/7/23 - Final Pretrial Order and Trial Notice entered in Rogers Adv. Pro. Trial set for 8/29 and 8/30.

05/26/23 Order Regarding Discovery from Huntington National Bank and Agreed Confidentiality and Protective Order entered in Roger Adv. Pro.

05/10/23  Hearing on Motion to Quash Subpoena set for 6/5/23 at 1:00 p.m.

05/07/23  Motion to Quash Supobena filed in Rogers Adv. Pro.

05/02/23  Answer to Interrogatores filed in Rogers Adv. Pro.

04/03/23  Request for Admissions, Interrogatories and Request for Production filed in the Rogers Adv. Pro.

03/31/23  Affirmative defenses filed by Rogers.

3/29/23  Hearing in in Roger Adv Pro.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:**  18-04808

**Case Name:**  WEDGEWOOD PROPERTIES, LLC

**For Period Ending:**  01/30/2026

**Trustee Name:**  (420410) Jeffrey A. Moyer

**Date Filed (f) or Converted (c):**  11/15/2018 (f)

**§ 341(a) Meeting Date:**  12/18/2018

**Claims Bar Date:**  10/17/2019

3/3/23 - Default Judgment entered in Moyer v. Abdullah.

2/8/23  Rcv Notice of Hearing on Motion to Amend in Rogers Adv. Pro. to 2/16/23.

1/30/23  Rcv Report following Mediation in Rogers Adv. Pro.

1/24/23 Letter Extending time to Answer Complaint in Hamming Adv. Pro.

1/23/23  Rcv Expart Order Amending Order for Payment of Trustee's Special Counsel Fees and Expenses.

1/05/2 3  Notice of Adjourned Hearing for Motion for Default Judgment to be  held 3/2/23 in Abdullah Adv. Pro.

12/14/22  Send checks to Ariff Rozhan & Co.

11/28/22  Extend time to Answer to 2/1/23 in Hamming Adv. Pro.

11/18/22  Courts Entry of Default Judgment filed in Abdullah Adv. Pro.

11/14/22  Application for Compensation for Ariff Rozhan & Co, Special Counsel was filed.

10/11/22  Extend time to Answer in Waalkes Adv. Pro.

09/23/22  Send checks to Special Counsel and Trustee's interim Distribtuion.

09/19/22  Send checks to Trustee's Attorney and Trustee's CPA per Court Orders.

6/30/22 - Third Pretrial Conference in Moyer v. Rogers adjourned to 8/4 at 1:00 p.m.

05/26/22  Send $5,000 check to Lane & Nach to pay local counsel Ariff Rozhan & Co. Per Court Oder dated 5/18/22, DN 135.

05/23/22  Rcv $110.96.

5/19/22 - Order Authorizing Employment and Retention of Ariff Rozhan & Co. as Special Local Counsel entered.

05/09/22  Rcv $50,000.00 from Winger.

4/14/22 - A. Gerdes filed Ex Parte Application to Employ Ariff Rozhan & Co. as Special Local Counsel.

04/11/22  Rcv $189.65.

4/6/22 - Order Approving Settlement Agreement with R. and L. Winger entered.

03/15/22  Rcv $9,986.30.

2/8/22 - A. Gerdes filed motion to approve settlement with R. and L. Winger.

1/6/22 - Order Approving Settlement Agreement with J. Wood entered.

01/05/22  Rcv  $67,460.38

12/14/21  Rcv $40,000 from J. Wood Adv. Pro.

12/9/21 - A. Gerdes filed motion to approve settlement with J. Wood.

12/6/21  Mediation

11/18/21  Send checks to Trustee's Attorney.

11/12/21 - Order Approving Second Fee App for Attorney.

11/4/21 - Order Approving Settlement Agreement with T. Waalkes entered.

10/18/21 - Order Approving Settlement Agreement with W. Krol entered.

10/6/21 - A. Gerdes filed motion to approve settlement with T. Waalkes.

9/20/21 - A. Gerdes filed motion to approve settlement with Wilma Krol.

09/01/21  Rcv $2,000.00

08/23/21  Rcv $25,000.00

8/19/21 - Orders Approving Settlement Agreements with M. Merbs and Mitchell's entered.

7/23/21 - A. Gerdes filed motions to approve settlements with Marilyn Merbs and Dorothy & Herman Mitchell.

07/18/21  Emails to and from A. Gerdes regarding update on all Adversary Proceedings.

07/07/21  Send check to Mediator in Moyer v Krol Adv. Pro.

06/26/21  Certificate of Answer to Complaint filed in Winger Adv. Pro.

06/25/21  Pretrial Conference set for 7/29/21 @ 1:00 in Woods Adv. Pro.  Notice of Pretrial Conference set for 7/29/21 @ 1:00 in the Mitchell Adv. Pro.

06/23/21  Notice of Apperance and Answer to Complaint in Woods Adv.  Rcv Scheduling Order in Rogers, el al. Adv. Pro.

06/18/21  Extend time to answer in Haming Adv. Pro.

06/15/21  Motion for Summary Judgment filed in Rogers et al Adv. Pro.

05/25/21  A. Gerdes filed Adv. Complaint against T. Waalkes.

5/14/21 - Order Authorizing Use of Property of the Estate entered.

5/6/21 - A. Gerdes filed Motion for Order Authorizing Use of Property of the Estate Outside the Ordinary Course of Business regarding use of funds to pay full cost of mediation of a dispute and motion for expedited hearing.  Hearing set for 5/13 at 10 am.

05/04/21  Rcv $7,500.

4/15/21 - Order approving settlement with estate of Florence VanderPloeg entered.

04/12/21  Rcv $15,000.

4/8/21 - Pre-Trial Conferences held. Continued to 5/12 and 7/29.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 5

**Case No.:** 18-04808

**Case Name:** WEDGEWOOD PROPERTIES, LLC

**For Period Ending:** 01/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer

**Date Filed (f) or Converted (c):** 11/15/2018 (f)

**§ 341(a) Meeting Date:** 12/18/2018

**Claims Bar Date:** 10/17/2019

4/7/21 - Order approving settlement agreement with Capital One entered.

04/07/21  Rcvd $704.46.

3/17/21 - A. Gerdes filed Motion to Approve Settlement Agreement re Adversary Complaint against Estate of Florence VanderPloeg.

01/20/21  Send checks to A. Gerdes and Tibble & Wesler per Court Orders.

1/14/21 - Pre-Trial Conferences held. Second Pre-Trial Conferences set for 4/8 at 2:00 p.m.

12/17/20  Telephone conference with A. Gerdes regarding all adversaries and update on each.

12/04/20  Rcvd $400,000.00.

12/3/20 - Hearing held. Order Approving Settlement Agreement entered.

11/25/20 - Court set hearing on Motion to Approve Settlement Agreement - set for 12/3 at 9:00 a.m.

11/6/20 - A. Gerdes filed multiple adversary complaints for avoidance, preservation and liability of fraudulent and voidable transfers.

10/26/20 - A. Gerdes filed Motion to Approve Settlement Agreement re claims against Almans (Shelly, Sheri, Taylor, Jack and Janet), Caledonia Investment Partners LP, Bethlehem Trust and Shelly Alman Trust.

7/27/20 Conf call w/ atty, acctntns re examples of Ponzi scheme pymnts, status of tracing, filing of initial Adv.

7/17/20 T e-mail to J Rynsburger re status update as rqstd.

7/13/20 K Salmon e-mail w/ list of chks pd to G Hodge.

7/13/20 Conf call w/ atty, acctntnts re status of tracing efforts, additional examples of Ponzi scheme-type pymnts, identification, timing for initial Adv to be filed.

6/24/20 T e-mail to B Jamnes w/ status update as rqstd.

6/22/20 Conf call w/ atty, acctntnts re additional material rcvd from subpeonas, progress in tracing funds in & out, timing to complete analysis.

6/1/20 Conf call w/ atty, acctntns re cont progress on tracing funds, additional examples of Ponzi scheme pymnts, timing to file initial Adversary.

5/29/20 A Gerdes e-mail re JP Morgan subpeona extension.

5/15/20 A Gerdes e-mail discussing itigation issues to be considered/decided going fwd.

5/11/20 Conf call w/ Atty, acctntnts re results of further Bk acct compilations, examples of poss Ponzi scheme pymnts.

5/6/20 K Salmon e-mail w/ list of chks > $10k being examined for Ponzi scheme purposes.

5/1/20 Mult e-mails from A Gerdes re Oanda acct recrds, examination of same by acctnts.

4/20/20 Conf call w/ atty, acctntns re additional Bk rcds, examination of same, fact pattern necessary to establish "Ponzi scheme presumption".

3/31/20 A Gerdes e-mail re msg Bk rcds from BoA, subpeona for same.

3/16/20 Cof call w/ atty, acctntns re results of bk acct examinations thusfar.

2/24/20 Cof call w/ atty, acctnts re bk rcds, forensic acctg for $$ Pd into WW Props.

2/7/20 T e-mails status update to T Miller (Cred) on rqst.

2/5/20 T exchgd e-mails w/ T Almassia (atty for S Alman) re poss sttmnt of potential C/A against her by T.

1/21/20 T spoke w/ atty for POC #33, wanted status updat on case. T told him yr to yr &1/2 from beng anywhere near close to closing case, probate case has to close 1st, wrongful death about to be filed.

12/30/19 T spoke w/ Bill Thelen re status update on case, T's health (?).

12/16/19  Send email to A. Gerdes requesting update on case.

11/04/19  File Claim for unclaimed dividends of $2,000 from Stewart Title Co.

10/22/19  Send email to A. Gerdes asking for status update.

09/18/19  Send email to A. Gerdes asking for status update.

8/16/19 - Order Appointing Accountants for Trustee entered.

7/23/19 T spoke w/ Emily (Montierth & Assocs) re $2k rcvable being held in unclaimed funds acct.

7/16/19 - Filed Notice of Possible Dividends. Created Form 1 and printed to file.

7/12/19 - Order Appointing A. Gerdes as Counsel for Trustee entered.

7/10/19 - A. Gerdes filed Petition for Appointment of Tibble & Wesler, CPA PC as Accountants.

07/09/19  Sent email to A. Gerdes that Tibble & Wesler CPA needs to be employed by the bankruptcy estate.

7/2/19 JM phone conf w/ A Gerdes, C Wesler, T Tibble re status, progress, info needed, next steps to be taken, schedule for regular updates going fwd.

06/11/19  Sent email to A. Gerdes requesting update on case.

5/20/19 T responded to e-mail from cred rqstg status update.

5/10/19 - A. Gerdes filed petition for appointment of counsel.

5/6/19 T spoke w/ B Thalen by phone, wantd any updates. T: Just starting forensic acctg, will be 12-15 mos. from starting recovery lawsuits.

4/30/19  Meeting with Tibble's acctg and A. Gerdes for status of case and moving forward.

4/13/19 T to retain Tibble's acctg staff to do forensic acctg needed to trace milllions of diverted $$.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6

**Case No.:**  18-04808

**Case Name:**    WEDGEWOOD PROPERTIES, LLC

**For Period Ending:**  01/30/2026

**Trustee Name:**  (420410) Jeffrey A. Moyer

**Date Filed (f) or Converted (c):**  11/15/2018 (f)

**§ 341(a) Meeting Date:**  12/18/2018

**Claims Bar Date:**  10/17/2019

2/28/19 - Filed Response to Shelly Alman's Verified Counter-Petition for Instructions, Response to Defendant's Motion for Protective Order and POS with Probate Court. Hand delivered copies to T. Waalkes and D. Skidmore.

2/13/19 - Filed Notice of Claim in S. Weera's probate estate with Probate Court. Hand delivered copy of claim to T. Waalkes.

**Initial Projected Date Of Final Report (TFR):** 11/14/2020

**Current Projected Date Of Final Report (TFR):**  11/30/2026