**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

| | |
|---|---|
| In Re: Wedgewood Properties, LLC | Hon. James W. Boyd |
| Debtors, | Case No. 18—04808-jwb<br>Chapter 7 |

---

PLEASE TAKE NOTICE that the following is the new address for all service in this case upon Bernard Schaefer, Attorney:

Bernard Schaefer (P40114)
Attorney at Law
533 32nd St SE
Wyoming, MI 49548
(616) 272-4361
attorney@bernardschaefer.com

Dated: April 6, 2026

***/s/ Bernard Schaefer (P40114)***
Bernard Schaefer (P40114)
Counsel for Edward and Osie Smith