# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC

**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Business Advantage Checking/Bank of America | 2,121.48 | 0.00 | | 0.00 | FA |
| 2 | Checking Account at Fifth Third Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account at Chemical Bank, xxxxxx1992 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Brokerage Account at New York, NY 10038 platform | 4,988.46 | 0.00 | | 0.00 | FA |
| 5 | Brokerage Account at Charles Schwab 5136 Cascade | 79.91 | 0.00 | | 0.00 | FA |
| 6 | portions of 2017 and 2018 Individual Income Fede<br>Part of Asset #12 below. | Unknown | 0.00 | | 0.00 | FA |
| 7 | unauthorized a) sale of 76th St. property, b) Sh<br>Part of Asset #12 below. | Unknown | 475,000.00 | | 0.00 | FA |
| 8 | Recovery of creditor and insider preferences, po<br>Part of Asset #10 below. | Unknown | 98,163.15 | | 0.00 | FA |
| 9 | Fraudulent Conveyance (u)<br>See all Fraudulent Conveyances listed below | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 10 | Preference garnishment/Judgment Creditor (u)<br>Included in Advesrary Proceeding Asset #16 below. | 98,163.15 | 98,163.15 | | 0.00 | FA |
| 11 | Title Co. Escrow (u) | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | F/C Settlement with Shelley Alman (u) | 400,000.00 | 400,000.00 | | 400,000.00 | FA |
| 13 | Overpayment of Pre-petition Legal Fees/ Foster S (u) | 704.46 | 704.49 | | 704.46 | FA |
| 14 | Preference/Capital One (u) | 15,000.00 | 15,000.00 | | 15,000.00 | FA |
| 15 | F/C Florence VanderPloeg (u) | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 16 | F/C Connie Rogers/Wm Stephens/Foster (u) | 658,163.15 | 658,163.15 | | 0.00 | 658,163.15 |
| 17 | F/C Mary Hamming (u)<br>Settlement Agreement filed with the Bankruptcy Court on 12/20/23. | 298,549.20 | 298,549.20 | | 50,000.00 | FA |
| 18 | F/C Marilyn Merbs (u)<br>Settlement Per Court Order dated 8/19/21, DN 97. | 77,750.68 | 77,750.68 | | 25,000.00 | FA |
| 19 | F/C Ronald Winger (u)<br>Settlement Per Court Order dated 4/6/22, DN 130. | 187,612.45 | 187,612.45 | | 50,000.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC

**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | F/C Sharon Abdullah (u)<br>Order Granting Trustee's Motion to Approve Sale of Estate's Interest in Judgment Dated 12/12/23, DN 232. | 342,040.00 | 342,040.00 | | 0.00 | 342,040.00 |
| 21 | F/C Judith Wood (u) | 81,505.00 | 81,505.00 | | 40,000.00 | FA |
| 22 | F/C Jean Krol (u)<br>Per Court Order dated 10/18/21, DN 112. | 102,658.14 | 102,658.14 | | 12,500.00 | FA |
| 23 | F/C Dorothy & Herman Mitchell (u)<br>Per Court Order dated 8/19/21, DN 98. | 20,614.00 | 20,614.00 | | 2,000.00 | FA |
| 24 | F/C Timothy Waalkes (u) | 630,000.00 | 630,000.00 | | 77,717.29 | FA |
| 25 | F/T JPMorgan Chase (u)<br>Default Judgment dated 3/5/21 DN 13 in Adv. Pro. No. 20-80145. $32,361.49 plus $350 costs and .08% interest. | 32,361.49 | 32,361.49 | | 32,361.49 | FA |
| **25** | **Assets Totals (Excluding unknown values)** | **$2,962,811.57** | **$3,526,784.90** | | **$712,783.24** | **$1,000,203.15** |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC

**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

**Major Activities Affecting Case Closing:**

7/3/26 T e-mail w/ appellate counsel re finaization of initial T's brief.
5/19/26 File Stmnt of Parties & Issues on Appeal, Designation of Record.
5/8/26 File Notice of Appeal to 6th Cir.
5/5/26 A Gerdes e-mail w/ J Frank re administration of D Foster's probate estate, unlikely recovery on sttmnt amount.
4/26/26 T spoke w/ trial counsel, appellate counsel re filing appeal. contents of brief, issues to be emphasized.
4/22/26 Rcvd BAP Opinion upholding Bk Ct Opinion
3/18/26 E-mail w/ A Gerdes re creditor status update.
12/23/25 Fee app for T's appellate counsel approved, checks cut
12/10/25 Fee app for T's atty approved; checks cut
11/23/25 - 6 Months since oral argument at BAP; no decision yet
11/3/25 2X Fee apps file
10/1/25 - 10X Ords approving T's Objection to Claims
7/28/25 - Filed Objections to Claim Nos. 1, 2, 3, 6, 15, 21, 24, 27, 29 and 33.
6/12/25 Rcv & deposit chk for pyment on full from JP Morgan Chase Adv.
5/22/25 Appeal argued in CIncinnati before BAP.
5/20/25 Held moot Ct argument for 2 hrs. w/ outside counsel.
3/21/24 Review sttmnt agrmnt w/ JP Morgan Chase re default jdgmnt.
3/17/25 Forward W-9 to JP Morgan Chase re sttmnt pymnt.
3/5/25 Oral argument for appeal re-scheduled for 5/22 in Cincinnati.
2/14/25 Oral argument on appeal adjourned based on surgery request from Dfndnt's counsel.
2/3/25 Oral argument before BAP set for 3/6/25 in Cincinnati.
12/31/24 - All briefing complete awaiting for oral argument to be set
9/30/24 - Trustee's Appellate brief filed
6/10/24 Appellate counsel approved, Briefing schedule set, T's brief due 7/23.
5/3/24 - Application to Employ Warner Norcross & Judd as Special Appellate Counsel filed.
4/17/24 - Notice of Appeal filed in Moyer v. Rogers.
4/4/24 - Judgment and Opinion and Order entered in Moyer v. Rogers.
01/29/24 Rcv $50,000.00.
12/27/23 Receive Order to pay Trustee's Special Counsel Fees and Expenses. Send checks.
12/21/23 Motion for Settlement of Adversary Proceeding 20-80139 filed. Attend hearing on application for compensation.
12/20/23 Motion for Settlement of Adversary Proceeding 20-80140 filed.
12/19/23 - Supplemental Response to Application for Compensation.
12/14/23 - Served Order Granting Motion to Approve Sale of Estate's Interest in Judgment on int. parties; filed POS.
12/8/23 - Filed Affidavit of No Objection to Motion to Approve Sale of Estate's Interest in Judgment.
11/13/23 - Filed Motion to Approve Sale of Estate's Interest in Judgment on Notice and Opportunity to Object Basis, Notice to Creditors, proposed order and POS.
10/26/23 - Served Orders Approving Objections to Claims.
10/19/23 Attend hearing on Objection to Claim No. 35; objection approved.
10/18/23 - Filed Affidavits of No Objections to 3 Objections to Claims.
10/12/23 Motion in Limine Filed in Rogers Adv. Pro.
10/10/23 Attend Trial.
10/10/23 - Filed Withdrawal of Application to Employ Asset Recovery Specialists.
10/4/23 - Filed Application to Employ Asset Recovery Specialists to collect judgment in Moyer v. Sharon Suraya Abdullah.
9/12/23 - Mary Mudget/Lois Wolf filed Objection to Objection to Claim #35. Hearing set for 10/19 at 9:00 a.m.
9/11/23 - Filed Objections to Claim #s 9, 11, 16, 31, 17, 30, 32, 18, 22 and 26.
8/30/23 - Trial in Moyer v. Rogers held; settlement with estate of David Foster placed on record. Trial as to Defendants Rogers and Stephen continued to 10/10 at 11:00 a.m.
8/7/23 - Filed Objection to Claim #35 on Notice and Opportunity to Object Basis.
8/3/23 - Pre-Trial Conf. in Moyer v. Hamming held; Second Pre-Trial Conf. set for 4/18/24 at 1:00 p.m.
07/10/23 Rcv $12,500.00 from Wilma Krol.
7/6/23 - Hammings filed answer to complaint. Pre-Trial Conf. set for 8/3 at 1:00 p.m.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC
**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

6/7/23 - Final Pretrial Order and Trial Notice entered in Rogers Adv. Pro. Trial set for 8/29 and 8/30.
05/26/23 Order Regarding Discovery from Huntington National Bank and Agreed Confidentiality and Protective Order entered in Roger Adv. Pro.
05/10/23 Hearing on Motion to Quash Subpoena set for 6/5/23 at 1:00 p.m.
05/07/23 Motion to Quash Supobena filed in Rogers Adv. Pro.
05/02/23 Answer to Interrogatores filed in Rogers Adv. Pro.
04/03/23 Request for Admissions, Interrogatories and Request for Production filed in the Rogers Adv. Pro.
03/31/23 Affirmative defenses filed by Rogers.
3/29/23 Hearing in in Roger Adv Pro.
3/3/23 - Default Judgment entered in Moyer v. Abdullah.
2/8/23 Rcv Notice of Hearing on Motion to Amend in Rogers Adv. Pro. to 2/16/23.
1/30/23 Rcv Report following Mediation in Rogers Adv. Pro.
1/24/23 Letter Extending time to Answer Complaint in Hamming Adv. Pro.
1/23/23 Rcv Expart Order Amending Order for Payment of Trustee's Special Counsel Fees and Expenses.
1/05/2 3 Notice of Adjourned Hearing for Motion for Default Judgment to be held 3/2/23 in Abdullah Adv. Pro.
12/14/22 Send checks to Ariff Rozhan & Co.
11/28/22 Extend time to Answer to 2/1/23 in Hamming Adv. Pro.
11/18/22 Courts Entry of Default Judgment filed in Abdullah Adv. Pro.
11/14/22 Application for Compensation for Ariff Rozhan & Co, Special Counsel was filed.
10/11/22 Extend time to Answer in Waalkes Adv. Pro.
09/23/22 Send checks to Special Counsel and Trustee's interim Distribtuion.
09/19/22 Send checks to Trustee's Attorney and Trustee's CPA per Court Orders.
6/30/22 - Third Pretrial Conference in Moyer v. Rogers adjourned to 8/4 at 1:00 p.m.
05/26/22 Send $5,000 check to Lane & Nach to pay local counsel Ariff Rozhan & Co. Per Court Oder dated 5/18/22, DN 135.
05/23/22 Rcv $110.96.
5/19/22 - Order Authorizing Employment and Retention of Ariff Rozhan & Co. as Special Local Counsel entered.
05/09/22 Rcv $50,000.00 from Winger.
4/14/22 - A. Gerdes filed Ex Parte Application to Employ Ariff Rozhan & Co. as Special Local Counsel.
04/11/22 Rcv $189.65.
4/6/22 - Order Approving Settlement Agreement with R. and L. Winger entered.
03/15/22 Rcv $9,986.30.
2/8/22 - A. Gerdes filed motion to approve settlement with R. and L. Winger.
1/6/22 - Order Approving Settlement Agreement with J. Wood entered.
01/05/22 Rcv $67,460.38
12/14/21 Rcv $40,000 from J. Wood Adv. Pro.
12/9/21 - A. Gerdes filed motion to approve settlement with J. Wood.
12/6/21 Mediation
11/18/21 Send checks to Trustee's Attorney.
11/12/21 - Order Approving Second Fee App for Attorney.
11/4/21 - Order Approving Settlement Agreement with T. Waalkes entered.
10/18/21 - Order Approving Settlement Agreement with W. Krol entered.
10/6/21 - A. Gerdes filed motion to approve settlement with T. Waalkes.
9/20/21 - A. Gerdes filed motion to approve settlement with Wilma Krol.
09/01/21 Rcv $2,000.00
08/23/21 Rcv $25,000.00
8/19/21 - Orders Approving Settlement Agreements with M. Merbs and Mitchell's entered.
7/23/21 - A. Gerdes filed motions to approve settlements with Marilyn Merbs and Dorothy & Herman Mitchell.
07/18/21 Emails to and from A. Gerdes regarding update on all Adversary Proceedings.
07/07/21 Send check to Mediator in Moyer v Krol Adv. Pro.
06/26/21 Certificate of Answer to Complaint filed in Winger Adv. Pro.
06/25/21 Pretrial Conference set for 7/29/21 @ 1:00 in Woods Adv. Pro. Notice of Pretrial Conference set for 7/29/21 @ 1:00 in the Mitchell Adv. Pro.
06/23/21 Notice of Apperance and Answer to Complaint in Woods Adv. Rcv Scheduling Order in Rogers, el al. Adv. Pro.
06/18/21 Extend time to answer in Haming Adv. Pro.
06/15/21 Motion for Summary Judgment filed in Rogers et al Adv. Pro.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC
**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

05/25/21 A. Gerdes filed Adv. Complaint against T. Waalkes.
5/14/21 - Order Authorizing Use of Property of the Estate entered.
5/6/21 - A. Gerdes filed Motion for Order Authorizing Use of Property of the Estate Outside the Ordinary Course of Business regarding use of funds to pay full cost of mediation of a dispute and motion for expedited hearing. Hearing set for 5/13 at 10 am.
05/04/21 Rcv $7,500.
4/15/21 - Order approving settlement with estate of Florence VanderPloeg entered.
04/12/21 Rcv $15,000.
4/8/21 - Pre-Trial Conferences held. Continued to 5/12 and 7/29.
4/7/21 - Order approving settlement agreement with Capital One entered.
04/07/21 Rcvd $704.46.
3/17/21 - A. Gerdes filed Motion to Approve Settlement Agreement re Adversary Complaint against Estate of Florence VanderPloeg.
01/20/21 Send checks to A. Gerdes and Tibble & Wesler per Court Orders.
1/14/21 - Pre-Trial Conferences held. Second Pre-Trial Conferences set for 4/8 at 2:00 p.m.
12/17/20 Telephone conference with A. Gerdes regarding all adversaries and update on each.
12/04/20 Rcvd $400,000.00.
12/3/20 - Hearing held. Order Approving Settlement Agreement entered.
11/25/20 - Court set hearing on Motion to Approve Settlement Agreement - set for 12/3 at 9:00 a.m.
11/6/20 - A. Gerdes filed multiple adversary complaints for avoidance, preservation and liability of fraudulent and voidable transfers.
10/26/20 - A. Gerdes filed Motion to Approve Settlement Agreement re claims against Almans (Shelly, Sheri, Taylor, Jack and Janet), Caledonia Investment Partners LP, Bethlehem Trust and Shelly Alman Trust.
7/27/20 Conf call w/ atty, acctntns re examples of Ponzi scheme pymnts, status of tracing, filing of initial Adv.
7/17/20 T e-mail to J Rynsburger re status update as rqstd.
7/13/20 K Salmon e-mail w/ list of chks pd to G Hodge.
7/13/20 Conf call w/ atty, acctntnts re status of tracing efforts, additional examples of Ponzi scheme-type pymnts, identification, timing for initial Adv to be filed.
6/24/20 T e-mail to B Jamnes w/ status update as rqstd.
6/22/20 Conf call w/ atty, acctntnts re additional material rcvd from subpeonas, progress in tracing funds in & out, timing to complete analysis.
6/1/20 Conf call w/ atty, acctntns re cont progress on tracing funds, additional examples of Ponzi scheme pymnts, timing to file initial Adversary.
5/29/20 A Gerdes e-mail re JP Morgan subpeona extension.
5/15/20 A Gerdes e-mail discussing itigation issues to be considered/decided going fwd.
5/11/20 Conf call w/ Atty, acctntnts re results of further Bk acct compilations, examples of poss Ponzi scheme pymnts.
5/6/20 K Salmon e-mail w/ list of chks > $10k being examined for Ponzi scheme purposes.
5/1/20 Mult e-mails from A Gerdes re Oanda acct recrds, examination of same by acctnts.
4/20/20 Conf call w/ atty, acctntns re additional Bk rcds, examination of same, fact pattern necessary to establish "Ponzi scheme presumption".
3/31/20 A Gerdes e-mail re msg Bk rcds from BoA, subpeona for same.
3/16/20 Cof call w/ atty, acctntns re results of bk acct examinations thusfar.
2/24/20 Cof call w/ atty, acctnts re bk rcds, forensic acctg for $$ Pd into WW Props.
2/7/20 T e-mails status update to T Miller (Cred) on rqst.
2/5/20 T exchgd e-mails w/ T Almassia (atty for S Alman) re poss sttmnt of potential C/A against her by T.
1/21/20 T spoke w/ atty for POC #33, wanted status updat on case. T told him yr to yr &1/2 from beng anywhere near close to closing case, probate case has to close 1st, wrongful death about to be filed.
12/30/19 T spoke w/ Bill Thelen re status update on case, T's health (?).
12/16/19 Send email to A. Gerdes requesting update on case.
11/04/19 File Claim for unclaimed dividends of $2,000 from Stewart Title Co.
10/22/19 Send email to A. Gerdes asking for status update.
09/18/19 Send email to A. Gerdes asking for status update.
8/16/19 - Order Appointing Accountants for Trustee entered.
7/23/19 T spoke w/ Emily (Montierth & Assocs) re $2k rcvable being held in unclaimed funds acct.
7/16/19 - Filed Notice of Possible Dividends. Created Form 1 and printed to file.
7/12/19 - Order Appointing A. Gerdes as Counsel for Trustee entered.
7/10/19 - A. Gerdes filed Petition for Appointment of Tibble & Wesler, CPA PC as Accountants.
07/09/19 Sent email to A. Gerdes that Tibble & Wesler CPA needs to be employed by the bankruptcy estate.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases



**Case No.:** 18-04808
**Case Name:** WEDGEWOOD PROPERTIES, LLC
**For Period Ending:** 06/30/2026

**Trustee Name:** (420410) Jeffrey A. Moyer
**Date Filed (f) or Converted (c):** 11/15/2018 (f)
**§ 341(a) Meeting Date:** 12/18/2018
**Claims Bar Date:** 10/17/2019

7/2/19 JM phone conf w/ A Gerdes, C Wesler, T Tibble re status, progress, info needed, next steps to be taken, schedule for regular updates going fwd.
06/11/19 Sent email to A. Gerdes requesting update on case.
5/20/19 T responded to e-mail from cred rqstg status update.
5/10/19 - A. Gerdes filed petition for appointment of counsel.
5/6/19 T spoke w/ B Thalen by phone, wantd any updates. T: Just starting forensic acctg, will be 12-15 mos. from starting recovery lawsuits.
4/30/19 Meeting with Tibble's acctg and A. Gerdes for status of case and moving forward.
4/13/19 T to retain Tibble's acctg staff to do forensic acctg needed to trace milllions of diverted $$.
2/28/19 - Filed Response to Shelly Alman's Verified Counter-Petition for Instructions, Response to Defendant's Motion for Protective Order and POS with Probate Court. Hand delivered copies to T. Waalkes and D. Skidmore.
2/13/19 - Filed Notice of Claim in S. Weera's probate estate with Probate Court. Hand delivered copy of claim to T. Waalkes.

**Initial Projected Date Of Final Report (TFR):** 11/14/2020

**Current Projected Date Of Final Report (TFR):** 09/30/2027

08/14/2026
Date

/s/Jeffrey A. Moyer
Jeffrey A. Moyer